1   BENJAMIN B. WAGNER
    United States Attorney
2   S. ROBERT TICE-RASKIN
    Assistant U.S. Attorney
3   501 "I" Street, Suite 10-100
    Sacramento, California  95814
4   Telephone: (916) 554-2738

FILED

MAR -9 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

5

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11  IN THE MATTER OF THE SEARCH OF  )
                                    )
12                                  )   NO. SW -07-028 GGH
                                    )
13  White 2004 Ford Truck           )   EX PARTE APPLICATION FOR ORDER
    CA License No. 7N94956           )   TO UNSEAL SEARCH WARRANT
14                                  )   DOCUMENTS;  [PROPOSED] ORDER
                                    )
15                                  )
                                    )
16  _____)

17                             APPLICATION

18       On January 24, 2007, this Court issued a search warrant for the

19  captioned matter, and sealed the application and affidavit for

20  search warrant as well as the search warrant.  Presently, the

21  warrant has been executed and there is no longer cause for these

22  documents to remain sealed.  Accordingly, the Government

23  //

24  //

25  //

26  //

27  //

28  //

1   respectfully requests that the application and search warrant for
2   this matter be unsealed.
3   DATED: March 3, 2010
4                                    Respectfully submitted,
5                                    BENJAMIN B. WAGNER
                                     United States Attorney
6
7                               By: _____
                                    S. ROBERT TICE-RASKIN
8                                   Assistant U.S. Attorney
9
10                                    ORDER
11        Upon application of the Government, and good cause appearing
12   therefore, IT IS HEREBY ORDERED that the following documents for the
13   captioned matter be UNSEALED: (1) the application and affidavit for
14   search warrant; and (2) the search warrant.
15   Date: March 9, 2010
16
17   _____
18   HONORABLE EDMUND F. BRENNAN
     United States Magistrate Judge
19
20
21
22
23
24
25
26
27
28